# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-6110

**Case Name** Carruth v. KD Creatives, Inc.

**Counsel submitting this form** Noel S. Cohen

**Represented party/parties** KD Creatives, Inc.

*Briefly describe the dispute that gave rise to this lawsuit.*

KD Creatives, Inc. ("KD Creatives") offers courses to parents and caretakers about how to thrive during the toddler and preschooler years. KD Creatives sells its courses through its website. Jennifer Carruth made a purchase through that website.

Ms. Carruth filed a putative class action in the United States District Court for the Eastern District of California alleging a single cause of action for Violation of the Video Privacy Protection Act, 18 U.S.C. 2710. More specifically, Ms. Carruth alleges that KD Creatives knowingly disclosed to third parties records containing the personal information of each of their purchasers. KD Creatives denies these allegations.

Ms. Carruth seeks to represent a nationwide class of persons that, during the two years preceding the filing of this action, purchased video content from KD Creatives' website while maintaining an account with Meta Platforms, Inc. f/k/a Facebook, Inc. Ms. Carruth seeks monetary damages and equitable relief.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**            1            *Rev. 09/01/22*

*Briefly describe the result below and the main issues on appeal.*

KD Creatives moved for an order compelling this action to arbitration pursuant to the arbitration agreement entered into between KD Creatives and Carruth. KD Creatives also sought dismissal of the action or a stay of all proceedings pending completion of the arbitration.

The District Court denied the motion to compel arbitration. Through this appeal, KD Creatives asks the Ninth Circuit to reverse that decision.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The district court action is stayed pending the outcome of this appeal.

**Signature** /s/ Noel S. Cohen   **Date** September 30, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Rev. 09/01/22*

2